# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DANIEL SAUNDERS, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FULL CIRCLE CAPITAL CORPORATION, MARK C. BIDERMAN, EDWARD H. COHEN, TERENCE FLYNN, THOMAS A. ORTWEIN, JOHN E. STUART, GREGG J. FELTON, GREAT ELM CAPITAL CORP., GREAT ELM CAPITAL GROUP, INC., and MAST CAPITAL MANAGEMENT, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:16-cv-03237-RDB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 22, 2018

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
Seth D. Rigrodsky
Brian D. Long
Gina M. Serra
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
(302) 295-5310

**GOLDMAN & MINTON, P.C.**

By: _____
Thomas J. Minton (Bar No. 03370)
3600 Clipper Mill Rd., Suite 201
Baltimore, Maryland 21211
(410) 783-7575
tminton@charmcitylegal.com
*Attorneys for Plaintiff*

Request <u>GRANTED</u> this 23rd day of March, 2018.

_____
Richard D. Bennett
United States District Judge